UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.    CASE No.: 6:20-cv-1512-Orl-37EJK

EXECUTIVE GARDEN
TITUSVILLE HOTEL, LLC,

    Defendant.
_____/

## ANSWERS TO COURT'S INTERROGATORIES - ADA TITLE III

I, David Poschmann, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct:

Residence Address.

    ANSWER: 1945 SE Carvalho Street, Port St. Lucie, Florida 34983.

Name of current employer and place of employment.

    ANSWER: None.

Date(s) and time(s) that you visited the facility.

    ANSWER: I visited the online reservation system (described in paragraph 4 of my Complaint) for the Executive Garden Titusville Hotel on or about August 8, 2020. I don't recall the time of day.

Purpose of your visit(s) and duration of your stay(s).

    ANSWER: I visited the online reservation system (described in paragraph 4 of my Complaint) for the Executive Garden Titusville Hotel to test the online reservation system for its compliance with the requirements of 28 C.F.R. Section 36.302(e) and to try to book an accessible guest room. I was on the site for approximately 7-10 minutes.

4a.    1)    What is the proximity of the business to the plaintiff's home/place of employment?

    ANSWER: Approximately 106 miles.

2) Describe the plaintiff's past patronage of defendant's business

ANSWER: None

3) Describe the definiteness of the plaintiff's plans to return

ANSWER: At this point, not knowing whether the hotel is accessible to me, I have no definite plans to visit the hotel but I will revisit the online reservation system within 30 days to determine whether I can use the hotel and to test the online reservation system for compliance with 28 CFR Section 36.302 (e)(1).

5. Did anyone else accompany you? If so, who?

ANSWER: No.

6. Describe the nature of your disability.

ANSWER: My right leg has been amputated above the knee.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

ANSWER: The issue in my Complaint is with the online hotel room reservation system for the Executive Garden Titusville and not with architectural barriers. Specifically, the online hotel room reservation system for the Executive Garden Titusville Hotel does not permit one to make a reservation for an accessible hotel room and it does not identify or describe accessible features at the hotel, including in the hotel rooms; once the online reservation system permits the reserving of an accessible hotel room, which it does not now do; the hotel room must be held until all other rooms of that type have been rented and the accessible room is the only remaining room of that type, the reserved accessible room must be removed from all reservations systems, and the accessible hotel room reserved through the online reservation system must be held for the reserving customer.

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

ANSWER: No.

9. Please list any other Title III cases in which you have been a party in this District.

ANSWER: See attached.

Executed on 9/9/20

David Poschmann

2

# Select A Case

**David Poschmann is a plaintiff in 56 cases.**

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 2:19-cv-00338-SPC-NPM | Poschmann v. First Central Investment Corp. | filed 05/24/19 | closed 10/15/19 |
| 2:19-cv-00349-JES-MRM | Poschmann v. Winyah, LLC | filed 05/28/19 | closed 07/10/19 |
| 2:19-cv-00359-JES-NPM | Poschmann v. Fountain TN, LLC | filed 05/30/19 | closed 12/04/19 |
| 2:19-cv-00364-SPC-NPM | Poschmann v. Sanibel Captiva Beach Resorts, LLC et al | filed 05/31/19 | closed 09/05/19 |
| 2:19-cv-00376-SPC-MRM | Poschmann v. SK FMB Group, LLC | filed 06/06/19 | closed 07/11/19 |
| 2:19-cv-00383-JES-NPM | Poschmann v. Naples Garden Inn, LLC | filed 06/09/19 | closed 09/05/19 |
| 2:19-cv-00402-SPC-MRM | Poschmann v. Shri Hanuman Hospitality, LLC | filed 06/14/19 | closed 07/12/19 |
| 2:19-cv-00428-JES-NPM | Poschmann v. River's Edge Motel, Inc. | filed 06/25/19 | closed 09/30/19 |
| 2:19-cv-00445-SPC-MRM | Poschmann v. Estancia US, LLC | filed 06/27/19 | closed 11/04/19 |
| 2:19-cv-00465-JES-MRM | Poschmann v. Marco Beach Vacation Suites, LLC | filed 07/05/19 | closed 07/31/19 |
| 2:19-cv-00472-JES-MRM | Poschmann v. Everglades Hospitality Resorts, LLC | filed 07/10/19 | closed 09/30/19 |
| 2:19-cv-00495-JES-NPM | Poschmann v. Jay Varahi Motel, LLC | filed 07/17/19 | closed 08/26/19 |
| 2:20-cv-00039-JES- | Poschmann v. Messick | filed 01/17/20 | closed 03/17/20 |

NPM

| | | | |
|---|---|---|---|
| 2:20-cv-00368-JLB-MRM | Poschmann v. Chokoloskee Island Park, LLC | filed 05/21/20 | closed 08/06/20 |
| 2:20-cv-00595-JLB-MRM | Poschmann v. Basil Castrovinci Associates Of Florida, LLC | filed 08/17/20 | |
| 3:19-cv-01317-MMH-JRK | Poschmann v. Oceanside Cottages, LLC | filed 11/12/19 | closed 02/07/20 |
| 3:19-cv-01334-BJD-PDB | Poschmann v. Mr & Mrs H Enterprises, Inc. | filed 11/15/19 | closed 01/08/20 |
| 3:20-cv-00537-BJD-JBT | Poschmann v. North Florida Resort, Inc. | filed 05/29/20 | closed 07/27/20 |
| 3:20-cv-00818-TJC-JRK | Poschmann v. Hammock Beach Acquisition Group, LLC | filed 07/22/20 | |
| 3:20-cv-00858-TJC-PDB | Poschmann v. Casa Marina Hotel and Restaurant, Inc. | filed 07/31/20 | |
| 5:20-cv-00216-JSM-PRL | Poschmann v. Fisherman's Cove Golf & R.V. Resort, Inc. | filed 05/13/20 | closed 07/08/20 |
| 5:20-cv-00227-JSM-PRL | Poschmann v. Unified Enterprises, LLC | filed 05/22/20 | |
| 5:20-cv-00253-JSM-PRL | Poschmann v. Mill Dam MHP, LLC | filed 06/04/20 | closed 07/01/20 |
| 6:19-cv-01944-JA-LRH | Poschmann v. Madisonville Enterprises, LLC | filed 10/10/19 | closed 11/07/19 |
| 6:19-cv-01951-RBD-LRH | Poschmann v. Castle By The Beach, LLC | filed 10/11/19 | closed 01/16/20 |
| 6:19-cv-01969-PGB-LRH | Poschmann v. South Beach Inn, LLC | filed 10/16/19 | closed 01/15/20 |
| 6:19-cv-02078-CEM-GJK | Poschmann v. TBHC, Inc. | filed 10/29/19 | closed 12/13/19 |

| | | | |
|---|---|---|---|
| [6:19-cv-02123-ACC-DCI](#) | Poschmann v. Carlton USA, Inc. | filed 11/06/19 | closed 01/09/20 |
| [6:19-cv-02210-RBD-EJK](#) | Poschmann v. Riverview Hotel, LLC | filed 11/20/19 | closed 02/10/20 |
| [6:19-cv-02256-JA-LRH](#) | Poschmann v. Daytona Cove, LLC | filed 11/27/19 | closed 01/27/20 |
| [6:19-cv-02262-WWB-LRH](#) | Poschmann v. Petrenko | filed 11/29/19 | closed 02/10/20 |
| [6:19-cv-02331-RBD-GJK](#) | Poschmann v. Servant Hotels, LLC et al | filed 12/11/19 | closed 02/18/20 |
| [6:20-cv-01099-CEM-EJK](#) | Poschmann v. Lakeside Operating Partnership, L.P. | filed 06/22/20 | |
| [6:20-cv-01100-WWB-DCI](#) | Poschmann v. Asia Investment Group III, LLC | filed 06/22/20 | closed 07/22/20 |
| [6:20-cv-01373-CEM-GJK](#) | Poschmann v. Beach Quarters Resort, LLC | filed 07/31/20 | |
| [6:20-cv-01508-PGB-GJK](#) | Poschmann v. Seashell Suites, Inc. | filed 08/19/20 | |
| [6:20-cv-01512-RBD-EJK](#) | Poschmann v. Executive Garden Titusville Hotel, LLC | filed 08/20/20 | |
| [6:20-cv-01541-RBD-DCI](#) | Poschmann v. Timescape Resorts, LLC | filed 08/25/20 | |
| [6:20-cv-01549-WWB-LRH](#) | Poschmann v. Windemere By The Sea, LLC | filed 08/26/20 | |
| [6:20-cv-01552-RBD-LRH](#) | Poschmann v. Ravina, Inc. | filed 08/26/20 | |
| [8:19-cv-01278-MSS-JSS](#) | Poschmann v. Klasing & Klasing, LLC | filed 05/24/19 | closed 06/13/19 |

| | | | |
|---|---|---|---|
| 8:19-cv-02723-JSM-CPT | Poschmann v. Ramshiva Hotels, LLC | filed 10/31/19 | closed 02/03/20 |
| 8:19-cv-02890-CEH-JSS | Poschmann v. Tri Star Properties, LLC | filed 11/22/19 | closed 01/31/20 |
| 8:19-cv-02931-JSM-CPT | Poschmann v. Alastair | filed 11/26/19 | closed 02/25/20 |
| 8:19-cv-03059-SCB-CPT | Poschmann v. The Diplomat Association, Inc. | filed 12/12/19 | closed 05/20/20 |
| 8:20-cv-00028-MSS-JSS | Poschmann v. Island Resort, LLC | filed 01/06/20 | closed 03/04/20 |
| 8:20-cv-00129-VMC-SPF | Poschmann v. Pride Enterprises, LLP | filed 01/16/20 | closed 03/03/20 |
| 8:20-cv-00248-CEH-AEP | Poschmann v. Robert Cius, PA | filed 01/31/20 | |
| 8:20-cv-00303-MSS-CPT | Poschmann v. Salamander Innisbrook, LLC | filed 02/07/20 | closed 06/23/20 |
| 8:20-cv-00312-CEH-AEP | Poschmann v. Taylor Arcade, Inc. | filed 02/10/20 | closed 03/31/20 |
| 8:20-cv-00411-MSS-CPT | Poschmann v. U And M Property Management 2, LLC | filed 02/21/20 | closed 04/22/20 |
| 8:20-cv-01380-CEH-SPF | Poschmann v. Miramar Resort St. Pete, LLC | filed 06/15/20 | closed 07/21/20 |
| 8:20-cv-01773-TPB-CPT | Poschmann v. Sunshine Cozy Cottages, LLC | filed 07/31/20 | |
| 8:20-cv-01805-VMC-AEP | Poschmann v. Charmi, LLC | filed 08/04/20 | |
| 8:20-cv-01806-JSM-AAS | Poschmann v. Manasota Beach Club, Inc. | filed 08/04/20 | |
| 8:20-cv-01900-JSM- | Poschmann v. Shree Varahi Motel, Inc. | filed 08/17/20 | |

<u>AAS</u>

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/09/2020 13:21:23 | | | |
| PACER Login: | lsarkin123:2726093:0 | Client Code: | dd |
| Description: | Search | Search Criteria: | Last Name: poschmann First Name: david |
| Billable Pages: | 3 | Cost: | 0.30 |