UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID POSCHMANN,

    Plaintiff,

    v.               CASE NO. 6:20-cv-1512-Orl-37EJK

EXECUTIVE GARDEN
TITUSVILLE HOTEL, LLC,

    Defendant.
_____/

## **MOTION FOR CLERK'S DEFAULT**

Plaintiff, David Poschmann, by and through his undersigned counsel, hereby requests that the Clerk of Court enter a Default against Defendant Executive Garden Titusville Hotel, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and states as follows:

1. Plaintiff caused Defendant to be served with the Summons and Complaint in this matter on October 19, 2020 (See Exhibit A – letter from Florida Department of State acknowledging acceptance of process).

2. Defendant has failed to respond to or answer the Complaint.

3. Accordingly, Plaintiff respectfully submits that he is entitled to the entry of a Clerk's Default against Defendant pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

4. Plaintiff has served a copy of this motion upon Defendant via U.S. Mail.

1

WHEREFORE, Plaintiff respectfully requests the Clerk of this Court to enter a Default against Defendant and for such other relief as this Court deems proper and just.

>Respectfully submitted,
>
>s/Lee D. Sarkin
>DREW M. LEVITT, ESQ.
>Florida Bar No: 782246
>E-mail: drewmlevitt@gmail.com
>LEE D. SARKIN, ESQ.
>Florida Bar No. 962848
>E-mail: Lsarkin@aol.com
>4700 N.W. Boca Raton Boulevard
>Suite 302
>Boca Raton, Florida 33431
>Telephone (561) 994-6922
>Facsimile (561) 994-0837
>Attorneys for Plaintiff