**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

October 19, 2020

DREW M. LEVITT, ESQ.
4700 NW BOCA RATON BLVD
#302
BOCA RATON, FL  33431

Pursuant to Chapter 48.062 or 605.0117, Florida Statutes, a copy of the process and initial pleading, case number 6:20-CV-1512-ORL, was accepted for EXECUTIVE GARDEN TITUSVILLE HOTEL, LLC, and was filed on October 19, 2020, at 04:00 PM.

Plaintiff(s)

DAVID POSCHMANN,

-vs-

Defendant(s)

EXECUTIVE GARDEN TITUSVILLE HOTEL, LLC

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved. STANTON H ROBERTS
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 320A00020606

Exhibit "A"

Division of Corporations, P.O. BOX 6327, Tallahassee, Florida 32314